UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) <br> Docket No.: 0:17-cv-4140 |
| This Document Relates to All Actions. <br><br> **PLAINTIFF(S)** <br><br> Thomas Wallace Trainor, Jr. and Denise Trainor <br> _____ <br><br> **VS.** <br><br> **3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **AMENDED EXHIBIT B TO PRETRIAL ORDER #8 – FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, _Thomas W. Trainor, Jr._, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, _Thomas W. Trainor, Jr._, is a resident and citizen of the State of _Georgia_ and claims damages as set forth below.

3. Plaintiff's Spouse, _Denise Trainor_, is a resident and citizen of the State of _Georgia_, and claims damages as set forth below. *[Cross out Spousal Claim if not applicable.]*

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where

1

this Complaint would have been filed absent the direct filing order by this Court is <u>USDC of Northern Georgia</u>.

6. Plaintiff brings this action [check the applicable designation]:

☑ On behalf of [himself/herself];

☐ In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

[Cross out if not applicable.]

## FACTUAL ALLEGATIONS

7. On or about <u>12/2/2014</u>, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] <u>L-TKA</u> [Type of Surgery] at the <u>St. Joseph's Hospital</u> [medical center and address], in <u>Atlanta, GA</u> [city and state], by Dr. <u>Mark Hanna</u>.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). The Pathogen identified was <u>Staphylococcus Aureus</u> (*if known*).

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone __I & D and poly revision and a multiple dated procedure_____ [Describe treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about __4/17/2015 & 7/9/2015__, at _____ __St. Joseph's Hospital, Atlanta, GA_____ [medical center(s) and address(es)] by Dr(s). __Mark Hanna_____. [*Cross out if not applicable.*]

### ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

- ☑ INJURY TO HERSELF/HIMSELF
- ☐ INJURY TO THE PERSON REPRESENTED
- ☐ WRONGFUL DEATH
- ☐ SURVIVORSHIP ACTION
- ☑ ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable): [*Cross out if not applicable.*]

- ☑ LOSS OF SERVICES
- ☑ LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

- ☑ FIRST CAUSE OF ACTION - NEGLIGENCE;

- [✔] SECOND CAUSE OF ACTION - STRICT LIABILITY;
  - [✔] FAILURE TO WARN
  - [✔] DEFECTIVE DESIGN AND MANUFACTURE
- [✔] THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;
- [✔] FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF __Georgia__, O.C.G.A §§ __11-2-314__;
- [✔] FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;
- [✔] SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;
- [✔] SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;
- [✔] EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;
- [✔] NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF __Georgia__, O.C.G.A §§ __10-1-372__;
- [✔] TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;
- [✔] ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;
- [✔] TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;
- [✔] THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and
- [✔] FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

~~In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:~~

_____

_____

_____.

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: September 5, 2017 _____

Respectfully submitted,
/s/ Joseph T. Waechter - FL. Bar 0092593
Michael Goetz - FL. Bar 0963984
Morgan & Morgan - Complex Litigation Group
201 N. Franklin Street, 7th Fl.
Tampa, FL 33602
Phone: 813-223-5505